CDF LABOR LAW LLP
  Dan M. Forman, State Bar No. 155811
  dforman@cdflaborlaw.com
  Linda Wang, State Bar No. 317984
  lwang@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
GRUMA CORPORATION

Michael Nourmand, Esq. (SBN 198439)
James A. De Sario, Esq. (SBN 262552)
THE NOURMAND LAW FIRM, APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 553-3600

Attorneys for Plaintiff,
EPIFANIA SALVADOR, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIFANIA SALVADOR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>GRUMA CORPORATION, a Nevada corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-09905-MCS-MAR<br><br>Removed from Los Angeles County Superior Court, Case No. 21STCV41698<br><br>**STIPULATION TO DISMISS ACTION** |

STIPULATION

CDF Labor Law LLP

1918384.1

Plaintiff EPIFANIA SALVADOR ("Plaintiff") and Defendant GRUMA CORPORATION ("DEFENDANT") (jointly the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation to dismiss this action.

## I. RECITALS

WHEREAS, Defendant removed this Action and the Parties agreed to extend the time for Defendant's response to Complaint by 15 days after December 30, 2021;

WHEREAS, Plaintiff agreed to dismiss this action in its entirety, including Plaintiff's individual claims, without prejudice to pursuing individual claims in arbitration and her class allegations, without prejudice;

WHERRAS, Plaintiff agrees to pursue any individual claims in arbitration pursuant to the arbitration agreement Plaintiff entered into with Defendant on August 27, 2020 and that the statute of limitation is tolled as to her individual labor code claims from the date of the filing of the Action until 60 days after the Action is dismissed;

WHEREAS, Plaintiff intends to file a separate action in state court pursuant to the Private Attorneys General Act.

## II. STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

Plaintiff's class allegations are dismissed without prejudice, and Plaintiff's individual labor code claims ("Individual Claims") are dismissed without prejudice to Plaintiff pursuing the Individual Claims through arbitration with the understanding that the statute of limitation is tolled as to Plaintiff's Individual Claims from the date of the filing of the Action until 60 days after the Action is dismissed and the above-entitled action shall be dismissed in its entirety with each party bearing their own

///
///
///
///

costs and fees.

IT IS SO STIPULATED.

Dated: January 13, 2022        CDF LABOR LAW LLP


By: _____/s/ *Dan M. Forman*_____
　　　Dan M. Forman
Attorneys for Defendant
Gruma Corporation


Dated: January 13, 2022        THE NOURMAND LAW FIRM APC


By: _____/s/ *Michael Nourmand*_____
　　　Michael Nourmand
Attorneys for Plaintiff
EPIFANIA SALVADOR


## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated: January 13, 2022        CDF LABOR LAW LLP


By: _____/s/ *Dan M. Forman*_____
　　　Dan M. Forman
Attorneys for Defendant
Gruma Corporation

1918384.1